# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130909

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JARON DUSHAUN BATTLE,
      Defendant-Appellant.

SC: 130909
COA: 267842
Ingham CC: 03-001228-FC

_____/

     On order of the Court, the application for leave to appeal the March 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, J., would grant leave to appeal to review the process by which the Department of Corrections calculated jail credit.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

Clerk

d0220